**Marlon Dantruce WILLIAMS, Petitioner–Appellant,**

v.

**Lorie DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.**

No. 14-20543

United States Court of Appeals, Fifth Circuit.

Filed December 29, 2016

Mark Glendon Parenti, Parenti Law, P.L.L.C., Houston, TX, for Petitioner-Appellant

Marlon Dantruce Williams, Pro Se

Casey Leigh Jackson Solomon, Assistant Attorney General, Office of the Attorney General, Postconviction Litigation Division, Austin, TX, Joseph Peter Corcoran, Assistant Attorney General, Office of the Attorney General, Criminal Appeals Division, Austin, TX, for Respondent-Appellee

Before JOLLY, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that Appellee Lorie Davis's unopposed motion to cancel oral argument is GRANTED.

IT IS FURTHER ORDERED that Appellee Lorie Davis's unopposed motion to waive the exhaustion requirement pursuant to 28 U.S.C. § 2254(b)(3) with respect to those claims that were raised in Appellant Marlon Dantruce Williams's state habeas application is GRANTED.

IT IS FURTHER ORDERED that the district court's judgment is VACATED, and this case is REMANDED to the district court to review Appellant Marlon Dantruce Williams's federal habeas application on the merits with respect to those claims that were raised in Appellant's state habeas application. This is a full remand. We place no limit on the matters that the district court may address, as needed, and we express no view on what rulings that court should make.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.